# ReedSmith

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**Robert N. Phillips**
Direct Phone:  +1 415 659 5953
Email:  robphillips@reedsmith.com

March 9, 2012

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3483

    Re:    *Lewyn Boler v. Meguiar's, Inc.*
            Case No. C 11-04218 YGR (JCS)

Dear Judge Spero:

    Thank you very much for agreeing to hold a settlement conference in this action on April 2, 2012 from 9:30 am to 12:30 p.m.

    The parties are currently discussing settlement and are making a good faith attempt to resolve the dispute before the conference.  In that regard, and to help defer legal fees, the parties jointly request permission to submit their settlement conference statements one week before the settlement conference (i.e. March 26th), instead of two weeks under the Court's order.  Given that this is a straightforward design patent case, the settlement conference statements will be neither lengthy nor complex.

    Thank you for your consideration.

                                                     Jointly submitted,

                                                     /S/



Dated: 3/12/12                                     Robert N. Phillips (Defendant's Counsel)
                                                       Brandon Baum (Plaintiff's Counsel)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-108848277.1-321849-20002